No. 561. UNITED STATES EX REL. DE VITA *v.* UHL, DISTRICT DIRECTOR OF IMMIGRATION. January 30, 1939. Motion to proceed on typewritten papers granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Emily Marx* for petitioner. No appearance for respondent.

No. 520. MINNIS ET AL. *v.* SOUTHERN PACIFIC CO. ET AL. January 30, 1939. Motion for a writ of certiorari to correct a diminution of the record denied. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James L. Minnis* for petitioners. *Messrs. Arthur B. Dunne, Warren Olney, Jr.,* and *A. Crawford Greene* for respondents.

No. 549. MORLEY *v.* UNITED STATES. January 30, 1939. Motion to proceed on the typewritten record granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William A. Bryans* for petitioner. No appearance for the United States.